1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CARLOS HENDON,

11            Plaintiff,                     No. CIV S-06-1901 GEB KJM P

12        vs.

13   CALIFORNIA STATE PRISON
     SACRAMENTO, et al.,
14
              Defendants.
15   _____/           ORDER

16            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

17   filed pursuant to 42 U.S.C. § 1983.  By order filed October 3, 2007, plaintiff's amended

18   complaint was dismissed with leave to file a second amended complaint.  Plaintiff has now filed

19   a second amended complaint.

20            Plaintiff's second amended complaint states a cognizable claim for relief pursuant

21   to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the second amended

22   complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of his claims

23   arising under Federal law.

24            In accordance with the above, IT IS HEREBY ORDERED that:

25            1.  Service is appropriate for the following defendants:  Schwarzenegger and

26   Kernan.

1        2.  The Clerk of the Court shall send plaintiff two USM-285 forms, one summons,

2 an instruction sheet and a copy of the second amended complaint filed November 2, 2007.

3        3.  Within thirty days from the date of this order, plaintiff shall complete the

4 attached Notice of Submission of Documents and submit the following documents to the court:

5        a.  The completed Notice of Submission of Documents;

6        b.  One completed summons;

7        c.  One completed USM-285 form for each defendant listed in number 1

8        above; and

9        d.  Three copies of the endorsed second amended complaint filed

10        November 2, 2007.

11        4.  Plaintiff need not attempt service on defendants and need not request waiver of

12 service.  Upon receipt of the above-described documents, the court will direct the United States

13 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

14 without payment of costs.

15 DATED:  May 30, 2008.

16 _____

17 U.S. MAGISTRATE JUDGE

18 1

19 hend1901.1(11.2.07)

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CARLOS HENDON,

11            Plaintiff,                    No. CIV-S-06-1901 GEB KJM P

12        vs.

13   CALIFORNIA STATE PRISON
     SACRAMENTO, et al.,
14                                          NOTICE OF SUBMISSION

15            Defendants.                   OF DOCUMENTS

16   _____/

17            Plaintiff hereby submits the following documents in compliance with the court's

18   order filed _____:

19            _____       completed summons form

20            _____       completed USM-285 forms

21            _____       copies of the _____
                                        Second  Amended Complaint
22   DATED:

23

24                                          _____
                                            Plaintiff
25

26