1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CARLOS HENDON,

11            Plaintiff,                    No. CIV S-06-1901 GEB KJM P

12      vs.

13   CALIFORNIA STATE PRISON
     SACRAMENTO, et al.,
14
              Defendants.                   FINDINGS & RECOMMENDATIONS
15   _____/

16            By an order filed May 30, 2008, this court ordered plaintiff to complete and return

17   to the court, within thirty days, the USM-285 forms necessary to effect service on defendants.

18   That thirty day period has since passed, and plaintiff has not responded in any way to the court's

19   order.

20            IT IS HEREBY RECOMMENDED that this action be dismissed without

21   prejudice.  See Fed. R. Civ. P. 41(b).

22            These findings and recommendations will be submitted to the United States

23   District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

24   twenty days after being served with these findings and recommendations, plaintiff may file

25   written objections with the court.  The document should be captioned "Objections to Findings

26   and Recommendations."   Plaintiff is advised that failure to file objections within the specified

                                               1

1   time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153

2   (9th Cir. 1991).

3   DATED:  August 20, 2008.

4                                                        _____

5                                                        U.S. MAGISTRATE JUDGE

6   /hend1901.fusm